# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  August 5, 2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                  **SCHEDULING ORDER**

     -against- 

                                                     17-CR-644 (NSR)

Sincere Savoy
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Plea Hearing for 8/13/2020 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: August 5, 2020
       White Plains, New York

                                              SO ORDERED:

                                              s/      PED

                                              PAUL E. DAVISON
                                            United States Magistrate Judge