UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

       - against -

SINCERE SAVOY,

                      Defendant.

-------------------------------------------------------- X

S3 17 Cr. 644-11 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated October 30, 2020, is approved and accepted.

                                                     SO ORDERED.

                                                      _____

                                                      Hon. Nelson S. Román,
                                                      United States District Judge

Dated: White Plains, NY
         February 7, 2021.

