**MEMO ENDORSED**



The Honorable Nelson S. Roman
United States District Judge
Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

April 2, 2021

Deft's request to adjourn the in-person Sentencing from Apr. 22, 2021 until July 15, 2021 at 10:00 am or, alternatively, July 16, 2021 at 11:00 am is granted with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 352).
Dated: April 8, 2021
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Sincere Savoy*, 17-Cr-644 (NSR)-11

Dear Judge Roman:

Mr. Savoy is currently scheduled for sentencing before Your Honor on April 22, 2021. With the consent of the government, we respectfully request an adjournment of sentencing to a date in July 2021 or thereafter, convenient to the Court.

As the Court is aware, access to detained clients has been extraordinarily difficult during the current COVID pandemic, given the restrictions imposed by the BOP. Legal visits have only recently begun, but we have not yet been able to meet with Mr. Savoy in person. In addition, due to current limitations, we have not yet received all of the materials from Mr. Savoy's family members that are needed for sentencing. As conditions improve more generally over the next several weeks and months, we are optimistic that we can expeditiously proceed with sentencing.

As noted, the government consents to this request. Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
Jeremy Schneider
*Attorneys for Sincere Savoy*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021

CC: All counsel (*via ECF*)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com