**MEMO ENDORSED**


Miedel & Mysliwiec LLP

The Honorable Nelson S. Roman
United States District Judge
Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

July 1, 2021

Deft's request to adjourn the Sentencing from July 15, 2021 until Nov. 17, 2021 at 11:00 am or, alternatively, Nov. 18, 2021 at 11:00 am is granted with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 376).
Dated: July 1, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Sincere Savoy*, 17-Cr-644 (NSR) -11

Dear Judge Roman:

Sentencing for Mr. Savoy is currently scheduled for July 15, 2021. With the consent of the government, my co-counsel Jeremy Schneider and I respectfully request an adjournment of sentencing to November 17 or 18, 2021.

We make this request for the following reasons. I will be on vacation in July, and Mr. Schneider is scheduled for back surgery, which will take some time to recover from. Moreover, we continue to await additional information and materials from Mr. Savoy's family that will be used for mitigation purposes at sentencing. Furthermore, our trial schedules in the early fall mean that we will be unavailable for the sentencing until November. The Court has given us dates for November 17 and November 18, and the parties are available on those dates. As noted, the government consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Sincere Savoy*

CC: All counsel (*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com