**MEMO ENDORSED**



**Miedel & Mysliwiec LLP**

November 1, 2021

The Honorable Nelson S. Roman
United States District Judge
Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: *United States v. Sincere Savoy*, 17-Cr-644 (NSR)-11

Dear Judge Roman:

Sentencing for Mr. Savoy is currently scheduled for November 17, 2021. With the consent of the government, my co-counsel Jeremy Schneider and I respectfully request an adjournment of sentencing to January 25-27, 2022.

We make this request for the following reasons. I am currently on trial in the Southern District of Ohio. Moreover, Mr. Schneider starts a lengthy trial in the Southern District of New York on December 13th. Given these scheduling issues, we ask, and the government consents, to move Mr. Savoy's sentencing to the end of January, specifically to January 25-27, if the Court is amendable.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Sincere Savoy*

CC: All counsel (*via ECF*)

Deft's request to adjourn the in-person Sentencing from Nov. 17, 2021 until Jan. 26, 2022 at 11:00 am with an alternate date of Jan. 27, 2022 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion (doc. 411).
dated: Nov. 1, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2021

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com