**MEMO ENDORSED**



January 4, 2022

Deft's request to adjourn the in-person Sentencing from Jan. 26, 2022 or Jan. 27, 2022 until Mar. 2, 2022 at 11:00 am with an alternate date of Mar. 1, 2022 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion (doc. 435).
Dated: White Plains, NY
         Jan. 5, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

The Honorable Nelson S. Roman
United States District Judge
Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:   *United States v. Sincere Savoy*, 17-Cr-644 (NSR)-11

Dear Judge Roman:

Sentencing for Mr. Savoy is currently scheduled for January 26/27, 2022. With the consent of the government, my co-counsel Jeremy Schneider and I respectfully request an adjournment of sentencing to March 1-2, 2022.

The holidays and our respective schedules have delayed our ability to obtain the necessary letters and records we would like to submit to the Court to sentencing. Moreover, our mitigation specialist is preparing a memorandum that we intend to incorporate into our sentencing submission. Given these issues, we ask, and the government consents, to move Mr. Savoy's sentencing to the beginning of March, specifically to March 1-2, if the Court is amendable.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Sincere Savoy*

CC: All counsel (*via ECF*)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com