MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 11, 2022

**BY ECF & Email**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Sincere Savoy*, S3 17 Cr. 644 (NSR) -11

Dear Judge Román:

    The Government writes respectfully requesting that the sentencing hearing date for defendant Sincere Savoy, currently scheduled for March 2, 2022, be adjourned to March 15, 2022 at 11 a.m. The Government has conferred with defense counsel who has expressed no objection to the request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Anden Chow
    Assistant United States Attorney
    Tel: (212) 637-2348

cc:    Counsel for Sincere Savoy (by ECF)

The Govt's request to adjourn the in-person Sentencing from Mar. 2, 2022 or Mar. 1, 2022 until Mar. 15, 2022 at 11:00 am with an alternate date of Mar. 17, 2022 at 11:00 am is GRANTED with the Deft's consent. Clerk of Court is requested to terminate the motion (doc. 453).
Dated: White Plains, NY
    Feb. 11, 2022
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2022